```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BROADCAST MUSIC, INC., et   )
al.,                        )
                            )
     Plaintiffs,            )
                            )   CIVIL ACTION NO.
     v.                     )     2:13cv220-MHT
                            )         (WO)
FIRENZE, II, LLC, d/b/a     )
Café Firenze II, and YANCE  )
E. MACLEROY, individually,  )
                            )
     Defendants.            )
```

## CONSENT JUDGMENT

For good cause shown, it is ORDERED that the motion to reinstate civil action (doc. no. 32) is granted.

The Plaintiffs having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

It is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff BROADCAST MUSIC, INC. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

      a. Crazy

      b. Folsom Prison a/k/a Folsom Prison Blues

      c. Sitting On The Dock Of The Bay a/k/a Sittin' On The Dock Of The Bay

      d. Something To Talk About a/k/a Let's Give Them Something To Talk About

      e. Wild Thing

      f. Broken Wing a/k/a A Broken Wing

      g. You Were Mine

      h. Gun Powder And Lead a/k/a Gunpowder and Lead

      i. Landing In London

      j. She's Country

2. Defendants have willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3. Defendants are hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc..

4.   Defendants shall pay BMI damages in the amount of $16,000.00 plus interest at the rate provided by 28 U.S.C. §1961 from the date of this Judgment until such amount is paid.

5.   Defendants shall pay BMI an attorney's fee in the amount of $1575.00.

6.   This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

This case is again closed.

DONE, this the 6th day of November, 2014.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE